**Entered on Docket
November 05, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: November 04, 2009**



_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

1 | Matthew D. Tokarz, Esq.
California Bar No. 225024
2 | MILES, BAUER, BERGSTROM & WINTERS, LLP
3 | 1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
4 | (714) 481-9100
FAX (714) 481-9144
5 | File No. 09-02842

6 | Attorneys for Movant,
GREENPOINT MORTGAGE
7 | FUNDING, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| In re: | Case No.: 09-41004 RN |
|---|---|
| | Chapter 13 |
| RONALD GUZMAN MARTIN AND VICKIE TAN LIM, | R.S. No. MDT-248 |
| | **Hearing –** |
| | Date: September 30, 2009 |
| Debtor. | Time: 10:30 A.M. |
| | Place: 1300 Clay Street, |
| | Oakland, CA 94612 |
| | Courtroom 220 |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

GREENPOINT MORTGAGE FUNDING, INC.'s Motion for Relief from Automatic Stay came on regularly for hearing on September 30, 2009 at 10:30 A.M. before the Hon. Randall J. Newsome. All appearances were as noted in the Court's record.

Based upon the pleadings contained herein and oral argument,

///

1

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in
2  the above-entitled Bankruptcy case is terminated and extinguished for all purposes as to Movant,
3  GREENPOINT MORTGAGE FUNDING, INC., its assignees and/or successors in interest, and
4  Movant may proceed with a foreclosure of and hold a Trustee's Sale on the subject property,
5  generally described as **8557 Barkeria Court, Las Vegas, CA  89149** ("Property" herein).
6  :pursuant to applicable state law, and commence any action necessary to obtain complete
7  possession of the subject Property.
8  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 10-day stay
9  provided by Bankruptcy Rule 4001(a)(3) is waived.
10  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be
11  binding and effective despite any conversion of this bankruptcy case to a case under any other
12  chapter of Title 11 of the United States Code.
13  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that when this order
14  becomes a final order, the chapter 13 Trustee shall cease making payments on Movant's claim.
15  EXHIBIT Legal Description for the Proposed Order Docket Entry # 38
16
17  END OF ORDER
18
19  **(09-02842/ndots.dot/jft)**
20
21
22
23
24

2

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | DEBTOR: |
|   | Ronald Guzman Martin |
| 3 | Vickie Tan Lim |
|   | 3 Oyster Shoals |
| 4 | Alameda, CA  94502 |
| 5 | ATTORNEY FOR DEBTOR: |
|   | Patrick L. Forte |
| 6 | Law Offices of Patrick L. Forte |
|   |  1 Kaiser Plaza #480 |
| 7 | Oakland, CA  94612-3610 |
| 8 | CHAPTER 13 TRUSTEE: |
|   | Martha G. Bronitsky |
| 9 | P.O. Box 5004 |
|   | Hayward, CA  94540-5004 |
| 10 | |
|   | U.S. TRUSTEE: |
| 11 | **(Served electronically only)** |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |